UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIFFANY HUTIRA )
)
    Plaintiff, )
) Civil Action No. 01-883
v. ) RCL
)
ISLAMIC REPUBLIC OF IRAN, et al. )
)
    Defendants. )

## ORDER

Plaintiff appears to be unable to go forward with the prosecution of this action at this time. Accordingly, this action shall stand dismissed without prejudice.

SO ORDERED.                                                    _____/signed/_____
                                                                          The Honorable Royce C. Lamberth
                                                                          United States District Court Judge

Date: April 6, 2004